# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WARBURTON,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, AETNA LIFE INSURANCE COMPANY, and HOLTHOUSE CARLIN & VAN TRIGT LLP WELFARE PLAN,<br><br>    Defendants. | Case No. CV 21-9884-DMG (AFMx)<br><br>**ORDER APPROVING STIPULATION TO DISMISS PARTIES [24]** |

Upon the parties' Joint Stipulation [Doc. # 24], Defendants Hartford Life and Accident Insurance Company and Holthouse Carlin & Van Trigt LLP Welfare Plan are hereby **DISMISSED WITHOUT PREJUDICE** from this action, with the parties to bear their own costs as to these dismissals.

March 28, 2022
DATE

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE