## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WARBURTON,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No: CV 21-9884-DMG (AFMx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [38]** |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys' fees and costs, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: August 23, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE